## Commonwealth v. Jordan, Appellant.

Before HONEYMAN, J.

Submitted December 9,

1968. *David N. Brook,* Assistant Public Defender, for appellant; *Richard A. Devlin* and *Henry T. Crocker,* Assistant District Attorneys, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.